**FULLER LAW**
CORY L. FULLER (SBN 236342)
152 N. 3rd St. Ste 503
San Jose, CA 95112
Telephone: (408) 234-7563
Fax: (408) 279-2001

Attorney for Defendant
ADDELL MONTERO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR ~~11-00556 LHK~~ |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING PLEA/SETTLEMENT** |
| ADDELL MONTERO, ) | **CONFERENCE HEARING** |
| Defendant, ) | |

It is hereby stipulated by and between the parties, Cory Fuller on behalf of Defendant Addell Montero, and Assistant United States Attorney Daniel Kaleba on behalf of the Government, that the settlement/plea hearing set in the above entitled matter for June 4, 2012, be continued to June 18, 2012, or thereafter.

The reasons for this are as follows:

Mr. Fuller and Mr. Kaleba and Mr. Tom O'Connell of the United States Attorney's Office have been involved in ongoing discussions relating to safety valve availability for Mr. Montero. Due to the various officers and agents who have played a role in Mr. Montero's case we have had to discuss the matter with each of them individually as well as locate old files or reports that should push this case through to Final Resolution. It is hereby requested by joint stipulation of the parties that the plea hearing date be continued until June 18, 2012, or thereafter, at this Court's convenience.

It is so stipulated.

DATED: May 31, 2012

/s/ Cory L. Fuller
CORY L. FULLER
Attorney for Defendant Addell Montero

DATED:

/s/
Daniel R. Kaleba
Assistant United States Attorney

**IT IS SO ORDERED**

Upon stipulation of the parties and good cause appearing therefore, the sentencing hearing in the above-entitled matter is continued to June 18, 2012 at 9:00 a.m.

DATED: _____

_Ronald M. Whyte_
RONALD WHYTE
United States District Judge